IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OWANNA KAMBUI, a.k.a., OZZIE LEE HARDY, JR., # 116991, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:10-CV-2-WKW |
| LOUIS BOYD, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 42), and upon an independent review of the file in this case, it is ORDERED as follows:

(1)   the Recommendation (Doc. # 42) is ADOPTED;

(2)   Defendants' motions for summary judgment (Docs. # 8, 23, 21) are GRANTED.

A separate judgment will follow.

DONE this 5th day of June, 2013.

                                                             /s/ W. Keith Watkins
                                       CHIEF UNITED STATES DISTRICT JUDGE