IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OWANNA KAMBUI, a.k.a., OZZIE LEE HARDY, JR., # 116991, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:10-CV-2-WKW |
| LOUIS BOYD, *et al.*, | ) ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is ENTERED in favor of Defendants and against Plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 5th day of June, 2013.

                                                            /s/ W. Keith Watkins
                                        CHIEF UNITED STATES DISTRICT JUDGE